IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JUDY BATISTA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-993 |
| | ) | |
| DUKE UNIVERSITY HEALTH SYSTEMS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

On July 26, 2024, the Court stayed this case pending arbitration. Doc. 20. The Court ordered that the case would be dismissed without prejudice in one year if no motion to extend the stay was filed by June 26, 2025. *Id.* No motion to extend the stay having been filed by the deadline and a year having passed, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice.

This the 11th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE